Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY TORRES ARVISO,<br><br>　　　　　Defendant. | DOCKET NO. 6:14-mj-109-MJS<br><br>**FIRST AMENDED STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

　　　　Defendant, Tommy Torres ARVISO, was arrested August 29, 2014, in Yosemite National Park and charged with four counts in a Criminal Complaint: Count 1: simple assault; Count 2: simple assault; Count 3: being under the influence of alcohol to a degree he may have been danger to himself or others; and Count 4: trespass. ARVISO plead guilty November 18, 2014, to Count 1 and Count 2 and was sentenced to the following: 18 months of unsupervised probation, pay a $500 fine at a rate of $50 a month, complete 50 hours of community service, obey all laws, and to report new law violations.  A review hearing was set for April 6, 2016 at 10:00 AM.

　　　　The Government alleges ARVISO has violated the following condition(s) of his unsupervised probation:

1

CHARGE ONE:     FAILURE TO PAY FINE

ARVISO was ordered to pay a $500 fine at a rate of $50 a month starting May 18, 2015. As of March 1, 2016, ARVISO had paid $100 of the fine.

CHARGE TWO:     FAILURE TO COMPLETE COMMUNITY SERVICE

ARVISO was ordered to complete 50 hours of community service. To date, the Yosemite Legal Office has not received proof of completion of the community service.

CHARGE THREE:   FAILURE TO REPORT AN ARREST OR CITATION

As a standard condition of probation ARVISO was ordered to advise the Court and government officer within seven days of being cited or arrested for any alleged violation of law. ARVISO was arrested on August 25, 2015, in Clovis, CA and charged with two counts of California Penal Code § 288(a) – lewd or lascivious acts with a child under the age of 14, and one count of California Penal Code § 288.7(b) – oral copulation with a victim under the age of 10. The Fresno County District Attorney's Office is prosecuting the case (Case #F15905371) and informed the Government that the incidents leading to the arrest occurred in early 2014, prior to ARVISO's arrest in Yosemite National Park. ARVISO failed to notify the Yosemite Legal Office of the arrest within the prescribed time period.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Tommy Torres Arviso*, 6:14-mj-109-MJS, be left on calendar for April 6, 2016, at 10:00 AM.

Dated: March 11, 2016         By: /s/ Matthew McNease
                              Matthew McNease
                              Acting Legal Officer
                              Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Defendant shall appear at the U.S. District Court, E.D. Cal., Yosemite Division, Courthouse on April 6, 2016 at 10:00 AM for the reasons set forth above and as ordered at the time of sentencing.

IT IS SO ORDERED.

Dated:   April 6, 2016             /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE